[No. 7651–2–III.  Division Three.  May 31, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID RUSSELL
LEAHY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitti-
tas County, No. 85–1–00013–6, Jo Anne Alumbaugh, J.,
entered January 23, 1986. *Reversed* by unpublished per
curiam opinion.

[No. 10472–5–II.  Division Two.  May 31, 1988.]

*In the Matter of the Marriage of* JOHN W. CARLISLE, JR.,
*Respondent, and* LOREE ANN CARLISLE,
*Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 82–3–00590–3, Gary W. Velie, J., entered
October 29, 1987. *Reversed* by unpublished opinion per
Petrich, J., concurred in by Reed, C.J., and Alexander, J.

[No. 10713–9–II.  Division Two.  May 31, 1988.]

CLAUDE E. GOINS, ET AL, *Appellants,* v. PACIFIC NORTHWEST
BELL, *Respondent.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 85–2–00148–4, David R. Draper, J., entered
January 8, 1987. *Affirmed* by unpublished opinion per
Petrich, J., concurred in by Alexander, A.C.J., and Wors-
wick, J.